**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CIVIL ACTION |
| v. : | |
| : | No. 13-cv-1969 |
| ANTHONY BUI, : | |
| : | |
| Defendant. : | CRIMINAL ACTION |
| : | |
| : | No. 09-cr-232-01 |
| : | |

**ORDER**

AND NOW, this 19th day of June, 2013, upon consideration of the Petitioner's Habeas Corpus Motion Under 28 U.S.C. § 2255 (ECF No. 149), and responses thereto, it is hereby ORDERED, for the reasons contained in the attached Memorandum, that the Motion is DENIED. Further, this Court will not issue a certificate of appealability, as, for the reasons contained in this Memorandum, the Petitioner has not made a substantial showing of the denial of a constitutional right.

BY THE COURT:

/s/ J. Curtis Joyner
_____
J. CURTIS JOYNER, J.